In re GRADE DAMAGE COMMISSION. In re DEVINE. (Supreme Court, Appellate Division, First Department. November 8, 1907.) In the matter of the grade damage commission, and in the matter of James J. Devine. No opinion. Motion granted. Settle order on notice.

GRALEY et al., Appellants, v. CODY et al., Respondents. (Supreme Court, Appellate Division, Third Department. November 20, 1907.) Action by Henry E. Graley and another against James F. Cody and others. No opinion. Judgment unanimously affirmed, with costs.

GRANT, Appellant, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, First Department. November 8, 1907.) Action by Donald Grant against the city of New York. W. K. Olcott, for appellant. T. Connoly, for respondent. No opinion. Judgment affirmed, with costs, on 111 App. Div. 160, 97 N. Y. Supp. 685. Order filed.

GRANT et al. v. GREENE CONSOL. COPPER CO. et al. (two cases). (Supreme Court, Appellate Division, First Department. November 8, 1907.) Action by James A. Grant and another against the Greene Consolidated Copper Company, impleaded. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See 106 N. Y. Supp. 532, 535.

GRIBBEN v. GELLER et al. HESS et al. v. BUILDERS' CONST. CO. LONG ISLAND SECURITY CO. v. HANOVER FIRE INS. CO. BIBAS & EISENSTAEDT v. KLINE. GOLDBERG et al. v. GOODMAN. (Supreme Court, Appellate Division, First Department. November 8, 1907.) Actions by William Gribben against Alter Geller and others, by Edwin H. Hess and others against the Builders' Construction Company, by the Long Island Security Company against the Hanover Fire Insurance Company, by Bibas & Eisenstaedt against B. Clifford Kline, and by Bernard Goldberg and others against Leon Goodman. No opinions. Applications for leave to appeal from Appellate Term in each case denied, with $10 costs. Orders signed.

GRIFFITHS, Respondent, v. INTERNATIONAL RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. November 20, 1907.) Action by Edward R. Griffiths, as administrator, etc., against the International Railway Company.
PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to appellant to abide the event. Held, that reversible error was committed in the reception of evidence, and also that the verdict was contrary to and against the weight of the evidence.
KRUSE, J., dissents.

GUILFOYLE v. PIERCE et al. (Supreme Court, Appellate Division, First Department. October 18, 1907.) Action by Mary A. Guilfoyle against Catherine E. Pierce and another. No opinion. Motion denied, with $10 costs. Order filed.

GURIAN et al., Appellants, v. BLUMBERG, Respondent. (Supreme Court, Appellate Division, Second Department. October 11, 1907.) Action by Phillip Gurian and others against Isaac Blumberg. No opinion. Judgment of the Municipal Court affirmed, with costs.

HAAK, Respondent, v. BUFFALO, R. & P. RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 19, 1907.) Action by Jeremiah Haak against the Buffalo, Rochester & Pittsburgh Railway Company. No opinion. Order reversed, with $10 costs and disbursements, and motion denied, without costs.

HACHEMEISTER, Respondent, v. JETTER et al., Appellants. (Supreme Court, Appellate Division, First Department. November 8, 1907.) Action by Karoline Hachemeister against Elizabeth Jetter and another. M. C. Katz, for appellants. J. A. Hodge, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

HAFFEN v. BEDELL. (Supreme Court, Appellate Division, First Department. November 8, 1907.) Action by Louis F. Haffen against Arthur G. Bedell. No opinion. Motion granted, without costs. Settle order on notice.

HAGGBLAD, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 4, 1907.) Action by Catherina Haggblad, as administratrix, etc., of John Haggblad, deceased, against the Brooklyn Heights Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs. See 102 N. Y. Supp. 1039.

In re HAIGHT. (Supreme Court, Appellate Division, Second Department. October 4, 1907.) In the matter of the judicial settlement of the accounts of James H. Haight, as executor, etc., of Squire Haight, deceased. No opinion. Decree of the Surrogate's Court of Westchester county affirmed, with costs.

HAMILTON et al., Appellants, v. OLDFIELD, Respondent. (Supreme Court, Appellate Division, Fourth Department. November 13, 1907.) Action by R. A. Hamilton and another against Joseph P. Oldfield.
PER CURIAM. Judgment affirmed, with costs.
WILLIAMS and KRUSE, JJ., dissent.

HAMMERSCHICK, Respondent, v. STONE VALLEY DISTILLING CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 11, 1907.) Action by Wenzl Hammerschick against the Stone Valley Distilling Company. No opinion. Judgment of the Municipal Court affirmed, with costs.